# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BRYAN A. CRABB, | : No. 144 MM 2014 |
| Petitioner | : |
| v. | : |
| SUPERINTENDENT ECKARD., | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of November, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Application for Appointment of Counsel are **DENIED**.